

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

NOTICE OF ORDER ON MOTION

Cause number:          01-12-00743-CV

Style:                In re Wydell Dixon & All animals, alive, unborn & deceased

Date motion filed*:      September 21, 2012

Type of motion:        Motion for extension of time to file response

Party filing motion:     Real party in interest

Document to be filed:    Response to Relator's Petition for Writ of Mandamus

If motion to extend time:

        Deadline to file document:        8-31-12

        Number of previous extensions granted:   -1-

        Length of extension sought:       10-22-12

Ordered that motion is:

        ☑       Granted
               If document is to be filed, document due:

               ☐   The Clerk is instructed to file the document as of the date of this order
               ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐       Denied

        ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature:  /s/ Chief Justice Radack
                     ☑ Acting individually    ☐ Acting for the Court

                     Panel consists of _____.

Date:  **September 25, 2012**